IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03674-PAB-MEH

DAVID KATT, on behalf of himself and all others similarly situated,
Plaintiff,

v.

AMERISLEEP, LLC,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties, by and through their respective attorneys, Ari H. Marcus on behalf of Plaintiff; and Michael B. Dvoren on behalf of Defendant, hereby stipulate and agree pursuant to Fed. R.Civ. P. 41(A)(ii) to a dismissal, with prejudice, each party to pay its own costs and attorney fees, of this lawsuit. By the filing of this Stipulation the above civil action is deemed resolved and the case closed.

Respectfully submitted this 18th day of May, 2020.

/s/ Ari Hillel Marcus
Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF


/s/ Michael B. Dvoren
Michael B. Dvoren
Jaburg & Wilk, P.C.
3200 North Central Avenue
Suite 2000
Phoenix, AZ 85012
mbd@jaburgwilk.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

     I hereby certify that on this 18th day of May, 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Michael B. Dvoren
mbd@jaburgwilk.com

                                              /s/ *Ari H. Marcus*